DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA 94513
TELEPHONE: 925-516-4686
FACSIMILE: 925-516-4058

Attorneys for Plaintiff
SHELLEY RICHARDSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY RICHARDSON, an individual, | Case No. 3:14-cv-2491-EMC |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; AND PROPOSED ORDER** |
| v. | |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., a Minnesota corporation and DOES 1 through 20, inclusive, | |
| Defendants. | |

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate to dismiss the entire action with prejudice. Each party to bear its own attorney's fees and costs.

///

///

1 | DATED: October 20, 2014        DELTA LAW GROUP

                /s/ Jim G. Price
         BY:_____
                JIM G. PRICE*
                Attorneys for Plaintiff
                SHELLEY RICHARDSON



DATED: October 20, 2014        ELLIS LAW GROUP, LLP

                /s/ Brandon L. Reeves

         BY:_____
                BRANDON L. REEVES
                Attorneys for Defendant
                DIVERSIFIED ADJUSTMENT
                SERVICE, INC.




*I, Jim G. Price, am the ECF user whose identification and password are being used to file this Stipulation for Dismissal with Prejudice; Proposed Order. I hereby attest that Brandon L. Reeves, Esq. has concurred in the filing.
*/s/ Jim G. Price*

DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA 94513
TELEPHONE: 925-516-4686
FACSIMILE: 925-516-4058

Attorneys for Plaintiff
SHELLEY RICHARDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY RICHARDSON, an individual, | Case No. 3:14-cv-2491-EMC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., a Minnesota corporation and DOES 1 through 20, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 4(a)(1)(A)(ii).

///

///

///

///

IT IS SO ORDERED.

Dated: 10/20/14



_____
HON. EDWARD M. CHEN
U.S. District Judge