DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA 94513
TELEPHONE: 925-516-4686
FACSIMILE: 925-516-4058

Attorneys for Plaintiff
SHELLEY RICHARDSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY RICHARDSON, an individual, | Case No. 3:14-cv-2491-EMC |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; AND PROPOSED ORDER** |
| v. | |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., a Minnesota corporation and DOES 1 through 20, inclusive, | |
| Defendants. | |

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate to dismiss the entire action with prejudice. Each party to bear its own attorney's fees and costs.

///

///

DATED: October 20, 2014    DELTA LAW GROUP

        /s/ Jim G. Price
BY:_____
    JIM G. PRICE*
    Attorneys for Plaintiff
    SHELLEY RICHARDSON


DATED: October 20, 2014    ELLIS LAW GROUP, LLP

        /s/ Brandon L. Reeves
BY:_____
    BRANDON L. REEVES
    Attorneys for Defendant
    DIVERSIFIED ADJUSTMENT
    SERVICE, INC.

*I, Jim G. Price, am the ECF user whose identification and password are being used to file this Stipulation for Dismissal with Prejudice; Proposed Order. I hereby attest that Brandon L. Reeves, Esq. has concurred in the filing.
*/s/ Jim G. Price*

1  DELTA LAW GROUP
   A PROFESSIONAL LAW CORPORATION
2  JIM G. PRICE, ESQ., SBN 119324
   6569 BRENTWOOD BOULEVARD
3  P.O. BOX 1417
   BRENTWOOD, CA  94513
4  TELEPHONE: 925-516-4686
   FACSIMILE:  925-516-4058
5
   Attorneys for Plaintiff
6  SHELLEY RICHARDSON

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 SHELLEY RICHARDSON, an individual,   )  Case No. 3:14-cv-2491-EMC
                                        )
13       Plaintiff,                     )  **[PROPOSED] ORDER GRANTING
                                        )  STIPULATION FOR DISMISSAL WITH
14 v.                                   )  PREJUDICE**
                                        )
15 DIVERSIFIED ADJUSTMENT SERVICE,      )
   INC., a Minnesota corporation and DOES 1 )
16 through 20, inclusive,               )
                                        )
17       Defendants.                    )
                                        )
18 _____  )

19
        IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-
20
   captioned action is dismissed with prejudice pursuant to FRCP 4(a)(1)(A)(ii).
21
22 ///

23 ///

24 ///

25 ///

IT IS SO ORDERED.

Dated: 10/20/14

_____
HON. EDWARD M. CHEN
U.S. DISTRICT JUDGE

